IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JEREMY LAMOND CHANDLER                                        PLAINTIFF

v.                          No. 3:23-cv-1-DPM

PATRICIA MARSHALL, Jail
Administrator, Poinsett County;
C. DOUGLAS, Assistant Jail
Administrator, Poinsett County;
REGINA HINDMAN, Lieutenant,
Poinsett County Detention Center;
and SUSAN DUFFEL, Nurse,
Poinsett County Detention Center                              DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Chandler hasn't paid the $402 filing and administrative fees or filed a completed free-world application to proceed *in forma pauperis*; and his time to do so has passed. *Doc. 4*. Chandler's complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

-2-

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

*17 April 2023*