# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**JEREMY LAMOND CHANDLER**                  **PLAINTIFF**

v.                  No. 3:23-cv-1-DPM

**PATRICIA MARSHALL**, Jail
Administrator, Poinsett County;
**C. DOUGLAS**, Assistant Jail
Administrator, Poinsett County;
**REGINA HINDMAN**, Lieutenant,
Poinsett County Detention Center;
and **SUSAN DUFFEL**, Nurse,
Poinsett County Detention Center                 **DEFENDANTS**

## JUDGMENT

Chandler's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

17 April 2023